UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

ANTHONY MCCOY,

                    Plaintiff,              **MEMORANDUM & ORDER**
                                           25-CV-394(EK)(ST)
            -against-

GABRIEL WESOLOWSKI et al.,

                    Defendants.

------------------------------------x
ERIC KOMITEE, United States District Judge:

      Anthony McCoy sues Gabriel Wesolowski, Eliza Werkheiser, and several John Doe defendants.  He alleges that while he was preparing to pick up a passenger for the ride-sharing service Lyft, defendants threw eggs at him and his car.  Compl. 9, ECF No. 1.  While doing so, they yelled racist slurs.  *Id.*  He now asserts "federal hate crime" and "discrimination" claims, as well as state-law claims such as assault and battery.  *Id.* at 6, 11.  Plaintiff's motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, ECF No. 2, is granted.

      Plaintiff does not list any specific federal law under which he wishes to proceed.  However, the Court construes *pro se* complaints liberally.  *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (per curiam).  In doing so, we construe plaintiff as bringing federal claims under 42 U.S.C. §§ 1981 and 1985(3).

The Clerk of the Court shall issue a summons for the two named defendants, at the addresses plaintiff provides in West Babylon, New York, and Saint Augustine and Melrose, Florida.   The United States Marshals Service is directed to serve the summons and the complaint upon these defendants without prepayment of fees. The Clerk of the Court shall also send a copy of this Order to plaintiff and note the mailing on the docket.

Plaintiff may contact the City Bar Justice Center's Federal Pro Se Legal Assistance Project in the Brooklyn Federal Courthouse at (212) 382-4729 or the Hofstra Law Pro Se Clinic located in the Central Islip Courthouse, at (631) 297-2575 to make an appointment for free, confidential, limited-scope legal assistance.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:   February 4, 2026
         Brooklyn, New York